# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JERRY URBINA<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. EP-13-CR-800-DB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JERRY URBINA aka "Jerry Boy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 & 841(a)(1) - Conspiracy to Possess a Controlled Substance with Intent to Distribute and to Distribute

21:841(a)(1) - Possession with Intent to Distribute a Controlled Substance

21:856(a)(2) - Maintaining a Drug-involved Premises

Date: 04/17/2013

*Issuing officer's signature*

City and state: El Paso, TX

E. Chairez
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*